

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 10332**

| | |
|---|---|
| SIEMENS BUILDING TECHNOLOGIES, INC. a Delaware Corporation,<br><br>Petitioner,<br><br>v.<br><br>JULES KROLL, an individual and BARD PARTNERS II, LLC, a Colorado limited liability company,<br><br>Respondents. | Case No. |

### PETITIONER'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Petitioner Siemens Building Technologies, Inc. ("SBT") states as follows:

1. Parent corporations: Siemens AG owns 100% of Siemens Corp., which owns 100% of SBT.

2. Publicly held companies owning 10% or more of the party's stock: SBT's ultimate parent corporation, identified above as Siemens AG, is publicly traded on the New York Stock Exchange under the symbol SI.

                    Respectfully Submitted,

                    SCHNADER HARRISON SEGAL & LEWIS LLP

By: _____
                    Bruce Strikowsky (BS-8791)
                    Robert M. Greenawalt (RG-1325)
                    140 Broadway, 31st Floor
                    New York, NY 10005
                    Telephone: (212) 973-8000

                    THOMPSON COBURN LLP D/B/A
                    THOMPSON COBURN FAGEL HABER
                    David M. Rownd (IL No. 06207951)
                    James L. Oakley (IL No. 6280737)
                    55 E. Monroe Street, Suite 4000
                    Chicago, IL 60603
                    Telephone: (312) 346-7500
                    Facsimile: (312) 580-2201

*Attorneys for Petitioner Siemens Building Technologies, Inc.*