*JUDGE PRESKA*

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

In the Matter of the Arbitration between:
SIEMENS BUILDING TECHNOLOGIES, INC.

                  Petitioner,

    V.

JULES KROLL and BARD PARTNERS II, LLC.

                  Respondents,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-CV-10332

TO: (Name and address of Defendant)

    Jules Kroll
    900 Third Avenue
    New York, NY 10002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Bruce Strikowsky, Esq.
    Schnader Harrison Segal & Lewis LLP
    140 Broadway, Suite 3100
    New York, NY 10005
    (212) 973-8000

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                    NOV 1 4 2007

CLERK                                                          DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
SIEMENS BUILDING TECHNOLOGIES,INC
A DELEWARE CORPORATION

                                            Plaintiff,         CASE No.
                                                             07CV10332

    -against-

JULES KROLL, an individual and BARD          AFFIDAVIT OF SERVICE
PARTNERS II, A COLORADO LIMITED
LIABILTY COMPANY

                                            Defendants.
-------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK.  ss:

    **Robert Vick**, being duly sworn, deposes and says that he is not a party to the above action, is over 18 years of age, and resides in **Brooklyn, New York**.

    On **November 20, 2007**, at approximately **4:24pm**, deponent served a **SUMMONS AND PETITION TO CONFIM ARBRITRATION AND AWARD AND INDIVIDUAL PRACTICE RULES FOR JUDGE LORETTA A. PRESKA AND MAGISTRATE JUDGE MAAS**, in the above captioned action upon **JULES KROLL**, at **900 Third Avenue, New York, NY 10002**, by delivering a true and correct copy of said documents to **Andrea Markowics/Assistance**, who acknowledged that she was authorized to accept service on behalf of **Jules Kroll**.

    **Ms. Markowics's** approximate physical description is:

| | |
|---|---|
| RACE: | WHITE |
| SEX: | MALE |
| HAIR: | BRUNETT |
| EYES: | DARK/W GLASSES |
| HEIGHT: | 5'0" - 5'5" |
| WEIGHT: | 150 lbs |
| AGE: | 40-50 |

STATE OF NEW YORK SS:
COUNTY OF NEW YORK

_____
ROBERT VICK

Sworn to Before Me this
10th day of Dec, 2007

_____
NOTARY PUBLIC

JUAN R. RIVERA
NOTARY PUBLIC STATE OF NEW YORK
NO. 01R16108672
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES APRIL 19, 2008

SCHNADER416