JUDGE PRESKA

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

In the Matter of the Arbitration between:
SIEMENS BUILDING TECHNOLOGIES, INC.

               Petitioner,

   V.

JULES KROLL and BARD PARTNERS II, LLC

               Respondents.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 07 CV 10332

TO: (Name and address of Defendant)

Bard Partners II, LLC
c/o Richard Bard
535 16th Street
~~Suite 920~~ 6th FLOOR
Denver, CO 80202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce Strikowsky, Esq.
Schnader Harrison Segal & Lewis LLP
140 Broadway, Suite 3100
New York, NY 10005
(212) 973-8000

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

NOV 1 4 2007

CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 11/26/07 |
| NAME OF SERVER (PRINT) THORIN KLOSOWSKI | TITLE PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: JOHN SISSON, ASSISTANT CONTROLLER

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/26/07
             Date              Signature of Server

Address of Server: 1722 14th ST #105
                    BOULDER, CO   80302

NOTARY PUBLIC: Bonnie Kammerer
MY COMMISSION
EXPIRES ON: 08/15/11

My Commission Expires 08/15/2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.