USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Siemens Building
Technologies, Inc

    v.

Jules Kroll, et al

-------------------------------------------------------X

07 cv 10332 (LAP)

ORDER

LORETTA A. PRESKA, United States District Judge:

Counsel shall confer and inform the Court by letter no later than

April 2, 2008 of the status of this action.

SO ORDERED:

Dated: March 19, 2008

_____
LORETTA A. PRESKA, U.S.D.J.

orderstatus