UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SIEMENS BUILDING TECHNOLOGIES, INC.,

                  Petitioner,

      -against-

JULES KROLL and BARD PARTNERS II, LLC,

                  Respondents.
-----------------------------------------------------------------X

*PRESKA,*

Civ. Act. No.: 07 CV 10332 (LAP)

**Hon. Loretta A. Preska**

**NOTICE OF DISMISSAL
WITHOUT PREJUDICE OF
CLAIMS AGAINST
PETITIONER JULES KROLL**

WHEREAS, no answer or summary judgment motion has been served, please take notice

that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Petitioner, SIEMENS

BUILDING TECHNOLOGIES, INC. hereby dismisses this action as to Respondent, JULES

KROLL only, without prejudice and without costs. Petitioner's claims remain pending as against

BARD PARTNERS II, LLC.

Dated: New York, New York
       April 23, 2008

RECEIVED
APR 24 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S. D. N. Y.

**SO ORDERED:**

*Loretta A. Preska*
U.S.D.J.
April 28, 2008

SCHNADER HARRISON SEGAL & LEWIS LLP

By: _____
    Bruce M. Strikowsky (BS-8791)
140 Broadway, Suite 3100
New York, New York 10005
(212) 973-8000

THOMPSON COBURN LLP D/B/A
THOMPSON COBURN FAGEL HABER
David M. Rownd (IL No. 06207951)
James L. Oakley (IL No. 6280737)
55 E. Monroe Street, Suite 4000
Chicago, IL 60603
(312) 346-7500

*Attorneys for Petitioner*
SIEMENS BUILDING TECHNOLOGIES, INC.

PHDATA 3075813_1