UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/08

P. RESKA

---------------------------------------------------------------X

SIEMENS BUILDING TECHNOLOGIES, INC.,

      Petitioner,

 -against-

JULES KROLL and BARD PARTNERS II, LLC,

      Respondents.

---------------------------------------------------------------X

Civ. Act. No.: 07 CV 10332 (LAP)

**Hon. Loretta A. Preska**

**DEFAULT JUDGMENT**

  This action, having been commenced on November 14, 2007 by the filing of the Summons and Petition, and a copy of the Summons and Petition having been served on the Respondent, BARD PARTNERS II, LLC, on November 26, 2007, by leaving copies thereof with John Sisson, Assistant Controller, and a proof of service having been filed on December 13, 2007, and the Respondent not having answered the Petition, and the time for answering the Petition having expired, it is

  ORDERED, ADJUDGED AND DECREED: That the Petitioner have judgment against Respondent in the liquidated amount of $101,701.48 with interest at 6% from May 17, 2007, amounting to $107,319.40 plus costs and disbursements of this action in the amount of $765.00, amounting in all to $108,084.40.

Dated: New York, New York
   April 28, 2008

_____
U.S.D.J.